1  LUCIAN J. GRECO, JR., ESQ.
   Nevada State Bar No. 10600
2  JARED G. CHRISTENSEN, ESQ.
   Nevada State Bar No. 11538
3  DELEELA M. WEINERMAN, ESQ.
   Nevada State Bar No. 13985
4  BREMER WHYTE BROWN & O'MEARA LLP
   1160 N. TOWN CENTER DRIVE
5  SUITE 250
   LAS VEGAS, NV 89144
6  TELEPHONE:  (702) 258-6665
   FACSIMILE:  (702) 258-6662
7  lgreco@bremerwhyte.com
   jchristensen@bremerwhyte.com
8  dweinerman@bremerwhyte.com

9  Attorneys for Defendant,
   JAMES RIVER INSURANCE COMPANY
10

11              IN THE UNITED STATES DISTRICT COURT

12                       DISTRICT OF NEVADA

13

14  MARK A. ST. AMAND, an individual,      )  Case No.  2:20-cv-01666-JCM-DJA
                                           )
15          Plaintiff,                     )  **STIPULATION AND ORDER TO**
                                           )  **EXTEND DISCOVERY**
16      vs.                                )
                                           )  **(FIRST REQUEST)**
17  JAMES RIVER INSURANCE COMPANY;         )
    DOES Employees 1-10; DOE Individuals 11-)
18  20; ROE Corporations 21-30, inclusive, )
                                           )
19          Defendants.                    )
                                           )
20

21      All of the parties hereto, and for good cause described in this stipulation, and in

22  accord with Local Rule 6-1 and Local Rule 26-3, the parties hereby request this

23  Honorable Court to adopt and approve this stipulated extension to the discovery plan

24  and continue the discovery deadlines for 90-days as requested herein.

25          **I.      LOCAL RULE IA 6-1 IS SATISFIED**

26      This is the first request for extension of discovery deadlines filed by the parties.

27  Pursuant to the Discovery Plan and Scheduling Order from October 9, 2020, the

28  following dates govern for purposes of discovery:

                                     1

| | | |
|---|---|---|
| 1. | Discovery Cutoff Date: | June 14, 2021 |
| 2. | Amendment of Pleadings: | March 16, 2021 |
| 3. | Expert Designations: | April 15, 2021 |
| 4. | Rebuttal Expert Designations: | May 17, 2021 |
| 5. | Dispositive Motions: | July 14, 2021 |
| 6. | Joint Pre-Trial Order: | August 13, 2021 |

While the parties would like to reach a settlement, due to Covid-19, there have been delays in conducting discovery and the parties recently reach an agreement to allow Plaintiff to amend the Complaint to add another Defendant. As such, Plaintiff is in the process of Amending the Complaint. Therefore, the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any additional written discovery, schedule depositions and to complete discovery. Accordingly, the parties are requesting a 90-day extension to all discovery deadlines.

The instant request comports with Local Rule IA 6-1, in that no request is being made after the expiration of the specified period.

## I.  LOCAL RULE 26-3 IS SATISFIED

The instant request to extend discovery deadlines satisfies the requisites of Local Rule 26-3. Additionally, good cause exists for the extension. While the parties would like to reach a settlement, due to Covid-19, there have been delays in conducting discovery and the parties recently reach an agreement to allow Plaintiff to amend the Complaint to add another Defendant. As such, Plaintiff is in the process of Amending the Complaint to add another Defendant. Therefore, the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any additional written discovery, schedule depositions and to complete discovery. As a result, the parties request all discovery deadlines be extended 90-days.

Listed below is a statement specifying the discovery completed in this case:

2

1156.651 4816-1087-2032.1

| | |
|---|---|
| Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | September 24, 2020 |
| Defendant James River Insurance Company's Initial Early Case Conference List of Witnesses and Documents Pursuant to FRCP 26(a)(1) | October 30, 2020 |
| Plaintiff's First Set of Requests for Production To Defendant | January 7, 2021 |
| Defendant James River Insurance Company's First Supplement to Early Case Conference List of Witnesses and Documents Pursuant to FRCP 26(a)(1) | February 8, 2021 |
| Defendant James River Insurance Company's Responses to Plaintiff's First Set of Requests for Production of Documents | February 8, 2021 |
| First Supplement to Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)91) | March 10, 2021 |

Due to Covid-19, there have been delays in conducting discovery and the parties recently reach an agreement to allow Plaintiff to amend the Complaint to add another Defendant. As such, Plaintiff is in the process of Amending the Complaint. Therefore, the parties need additional time to conduct discovery in preparation for initial expert disclosures. Moreover, additional time is required to conduct any additional written discovery, schedule depositions and to complete discovery. As a result, the parties request all discovery deadlines be extended 90-days. Due to the fact that a new Defendant is being added to the litigation, it is necessary to extend the discovery deadlines so there is time to procure all relevant records, exchange any additional written discovery, obtain experts, schedule depositions and conduct any other necessary discovery.

Finally, under Local Rule 26(4), it is necessary to articulate a proposed schedule for completing all remaining discovery. The parties are requesting an additional 90 days be afforded for discovery.

The following deadlines are requested.

1. Discovery Cutoff Date:                September 13, 2021
2. Amendment of Pleadings:            June 15, 2021

1156.651 4816-1087-2032.1

| | | |
|---|---|---|
| 3. | Expert Designations: | July 15, 2021 |
| 4. | Rebuttal Expert Designations: | August 16, 2021 |
| 5. | Dispositive Motions: | October 13, 2021 |
| 6. | Joint Pre-Trial Order: | November 12, 2021 |

The parties hereby stipulate to the proposed changes in the discovery deadlines.

Dated this 15th day of March 2021

COGBURN LAW

By: /s/ Joseph J. Troiano
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
Attorneys for Plaintiff
Mark A. St. Amand

Dated this 15th day of March 2021

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Deleela M. Weinerman
Lucian J. Greco, Jr, Esq.
Nevada Bar No. 10600
Jared G. Christensen, Esq.
Nevada Bar No. 11538
Deleela M. Weinerman, Esq.
Nevada Bar No. 13985
Attorneys for Defendant,
James River Insurance Company

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | **IT IS SO ORDERED:** |
| 3 | |
| 4 | _____ |
| 5 | **UNITED STATES MAGISTRATE JUDGE** |
| 6 | Dated: March 16, 2021 |

7  The **STIPULATION AND ORDER TO EXTEND DISCOVERY (FIRST**

8  **REQUEST)** in 2:20-cv-01666-JCM-DJA was submitted by:

9  BREMER WHYTE BROWN & O'MEARA LLP

10 By: /s/ Deleela M. Weinerman

11 Lucian J. Greco, Jr, Esq.
   Nevada State Bar No. 10600

12 Jared G. Christensen, Esq.
   Nevada State Bar No. 11538

13 Deleela M. Weinerman
   Nevada State Bar No. 13985

14 Attorneys for Defendant,
   James River Insurance Company

5

1156.651  4816-1087-2032.1