# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK A. ST. AMAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY; DOES Employees 1-10; DOE Individuals 11-20; ROE Corporations 21-30, inclusive,<br><br>Defendants. | Case No. 2:20-cv-01666-JCM-DJA<br><br>**ORDER** |

Before the Court are Plaintiff's motion to amend complaint (ECF No. 17) and the parties' stipulation and order to extend discovery (ECF No. 18). The Court finds that, based on the language in the parties' stipulation (ECF No. 18), the Defendant does not oppose the Plaintiff's motion to amend complaint (ECF No. 17). The Court also finds good cause to approve the parties' stipulation to extend discovery (ECF No. 18). Neither party, however, has complied with Local Rule IA 6-2. Plaintiff did not include an order in their motion, and in the stipulation the parties left the order on a separate page. The Court advises the parties to read and comply with the Local Rules in the future, particularly when filing items under Local Rule IA 6-2.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to amend complaint (ECF No. 17) is granted.

IT IS FURTHER ORDERED that the parties' stipulation to extend discovery (ECF No. 18) is granted.

DATED: June 17, 2021

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE