# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Mark A. St. Amand,<br><br>    Plaintiff,<br><br>v.<br><br>James River Insurance Company; et al.,<br><br>    Defendants. | Case No. 2:20-cv-01666-JCM-DJA<br><br>**Order** |

Before the Court is a joint motion to stay discovery deadlines pending the outcome of a mediation. (ECF No. 47). The Court finds that a stay of discovery is appropriate in this case. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (discussing a stay of discovery pending a dispositive motion and explaining that, absent extraordinary circumstances, litigation should not be delayed simply because a non-frivolous motion has been filed). Here, extraordinary circumstances are present. The parties do not seek to stay discovery pending a dispositive motion but seek to stay discovery deadlines pending a mediation which could resolve or narrow the issues. A stay would thus accomplish the objectives of Rule 1: a just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1.

**IT IS THEREFORE ORDERED** that the stipulation to stay discovery (ECF No. 47) is **granted.**

DATED: September 15, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE