Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, NV 89128
Telephone: 725-248-2900
Facsimile:  725-248-2907

Lucian J. Greco, Jr. (NV Bar No. 10600)
Jared G. Christensen (NV Bar No. 11538)
Deleela M. Weinerman (NV Bar No. 13985)
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89144
Telephone: (702) 258-6665
Facsimile: (702) 258-6662
lgreco@bremerwhyte.com
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

*Attorneys for Defendant
James River Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK A. ST. AMAND, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JAMES RIVER INSURANCE COMPANY; DOE Employees 1-10, DOE Individual 11-20; ROE Corporations 21-30, inclusive,<br><br>Defendants. | CASE NO.:  2:20-cv-01666-JCM-DJA<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Mark A. St. Amand ("St. Amand") and Defendant James River Insurance Company ("JRIC") (collectively "the parties"), by and through their respective counsel of record respectfully submit this Stipulation and Order to Dismiss this Action with Prejudice.  IT IS HEREBY STIPULATED AND AGREED that:

  1.  St. Amand filed the instant lawsuit on August 12, 2020.

  2.  The parties agreed to resolve their dispute involved in this action.

- 1 -

3. Accordingly, the parties now seek to dismiss this action with prejudice as well, with all parties bearing their own fees and costs.

Respectfully Submitted this 5th day of October 2022 by:

| COGBURN LAW | CLYDE & CO US LLP |
|---|---|
| /s/ *Joseph J. Troiano* <br> Joseph J. Troiano, Esq. <br> Nevada Bar No. 12505 <br> jjt@cogburncares.com <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, NV 89074 <br> Telephone: (702) 748-7777 <br> Facsimile: (702) 966-3880 <br><br> *Attorneys for Plaintiff* | /s/ *Dylan Todd* <br> Amy M. Samberg (NV Bar No. 10212) <br> amy.samberg@clydeco.us <br> Dylan P. Todd (NV Bar No. 10456) <br> dylan.todd@cyldeco.us <br> 7251 W. Lake Mead Blvd., Suite 430 <br> Las Vegas NV  89128 <br> Telephone: 725-248-2900 <br> Facsimile:     725-248-2907 <br><br> Lucian J. Greco, Jr. (NV Bar No. 10600) <br> Jared G. Christensen (NV Bar No. 11538) <br> Deleela M. Weinerman (NV Bar No. 13985) <br> BREMER WHYTE BROWN & O'MEARA LLP <br> 1160 N. Town Center Drive, Suite 250 <br> Las Vegas, NV 89144 <br> Telephone: (702) 258-6665 <br> Facsimile: (702) 258-6662 <br> lgreco@bremerwhyte.com <br> jchristensen@bremerwhyte.com <br> dweinerman@bremerwhyte.com <br><br> *Attorneys for Defendant* <br> *James River Insurance Company* |

**<u>ORDER</u>**

IT IS SO ORDERED that this action is hereby dismissed with prejudice, consistent with the above stipulation.

DATED October 6, 2022.

_____
UNITED STATES DISTRICT JUDGE

**Brouse, Gina**
___

| | |
|---|---|
| **From:** | Joseph J. Troiano <JJT@cogburncares.com> |
| **Sent:** | Wednesday, October 5, 2022 8:55 AM |
| **To:** | Todd, Dylan |
| **Cc:** | Brouse, Gina |
| **Subject:** | RE: James River_Amand - DRAFT Stip for Dismissal and Proposed Order |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| **Categories:** | Do Today |

You can affix my e-signature to the SAO for dismissal.


**Joseph J. Troiano**
Attorney

2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

Ph. (702) 748-7777
Fax (702) 966-3880

[www.CogburnCares.com](http://www.CogburnCares.com)



___

**From:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Sent:** Wednesday, October 5, 2022 8:53 AM
**To:** Joseph J. Troiano <JJT@cogburncares.com>
**Cc:** Brouse, Gina <Gina.Brouse@clydeco.us>
**Subject:** James River_Amand - DRAFT Stip for Dismissal and Proposed Order

Joe,

UPS tracking shows the check was received last week.  Can you confirm I have your approval to e-sign for you on this stip for dismissal?

Thanks

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931

 | 7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
**Main** +1 725 248 2900 | **Fax** +1 725 248 2907 | **[www.clydeco.us](http://www.clydeco.us)**

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.